```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA        :

          - v. -                :      ORDER

JAY GARNOCK,                    :      S1 21 CR 652 (JSR)

               Defendant.       :
- - - - - - - - - - - - - - - -x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 2, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         September 23 2022

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE